**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| KATHLEEN E. TOPPER, EXECUTRIX OF THE ESTATE OF HAYDEN TOPPER, DECEASED, AND ON HER OWN BEHALF AS HIS WIDOW, | : : : : : | No. 106 WAL 2017 <br><br> Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioner | : : : | |
| v. | : : : | |
| MAPLE CREEK INN, INC., A PENNSYLVANIA CORPORATION, AND THE BOROUGH OF TURTLE CREEK, | : : : : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.